JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHNNIE KEMP, JR., | ) | Case No. CV 12-1733-PSG (OP) |
| | ) | |
| Plaintiff, | ) | J U D G M E N T |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLIE BECK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: October 24, 2013

_____
HONORABLE PHILIP S. GUTIERREZ
Chief United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge